IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**DEBI HEMMETER**                             **CASE NO.: 22-CV-81808-RAR-**

    **Plaintiff,**                                  **JUDGE: RODOLFO A. RUIZ II**

v.

**THOMAS SIGNORELLI, WS**
**CAPITAL FUND ADVISORS, LLC**

    **Defendants.**
_____/

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEBI HEMETER**

I hereby disclose the following pursuant to this Court's Interested Persons Order:

1.)   The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Debi Hemmeter, Plaintiff
Brennan, Manna, & Diamond ("BMD") – Counsel for Plaintiff
Alex J. McCallion – Counsel for Plaintiff at BMD
Scott R. Rost - Counsel for Plaintiff at BMD
Alicia M. Kupcinskas - Counsel for Plaintiff at BMD
Thomas Signorelli – Defendant and believed to be owner of Defendant WS Capital Fund Advisors, LLC

2.)   The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

3.)   The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

Debi Hemmeter, Plaintiff

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted

**BRENNAN, MANNA & DIAMOND, P.L.**

/s s/Alicia M. Battern nka Alicia M. Kupcinskas [1]
**Alicia M. Kupcinskas**
Florida Bar No. 117610
5210 Belfort Road, Suite 400
Jacksonville, FL 32256
Telephone: (904) 366-1500
Primary Email – amkupcinskas@bmdpl.com

and

Scott R. Rost
Florida Bar No.: 0779385
255 S. Orange Avenue, Suite 700
Orlando, FL 32801
Phone: 407-634-4590
Primary Email – srrost@bmdpl.com
Secondary Email – dsthompson@bmdpl.com

and

Alex J. McCallion, Esq
Ohio Bar No.: 0086773
(Admitted Pro Hac Vice)
4518 Fulton Drive, Suite 202
Canton, Ohio 44718
(330) 374-7473
ajmccallion@bmdllc.com

Attorneys for Plaintiff Debi Hemmeter

---

2

1. Alicia M. Battern has changed her name to Alicia M. Kupcinskas and is in the process of changing her name in the Court's CM/ECF system.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically with the Clerk of Courts on January 26, 2023, using CM/ECF. I also certify that the foregoing document is being served this day on Defendants identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Alicia M. Battern nka Alicia M. Kupcinskas*
**Alicia M. Battern nka Alica M. Kupcinskas**
*Attorney for Plaintiff*

**SERVICE LIST**

| | |
|---|---|
| Thomas Signorelli | WS Capital Fund Advisors, LLC |
| 700 S. Rosemary Ave | 700 S. Rosemary Ave |
| Suite 204 | Suite 204 |
| West Palm Beach, FL 33401 | West Palm Beach, FL 33401 |
| Thomas.signorelli@gmail.com | Thomas.signorelli@gmail.com |

4854-7558-9196, v. 1